# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HORIZONTAL WIRELINE SERVICES, LLC and ALLIED WIRELINE SERVICES, LLC <br><br> Defendant. | Civil Action No: 6:21-cv-00349-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Court's Order Governing Proceedings – Patent Case entered here, and the parties' proposed scheduling order, Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") and Defendants Horizontal Wireline Services, LLC and Allied Wireline Services, LLC (collectively, "Horizontal") submit this Joint Claim Construction Statement regarding U.S. Patent Nos. 10,844,697 (the "'697 Patent").

    **A.**    **Constructions on Which the Parties Agree**

The parties do not agree to the construction of any disputed terms.

    **B.**    **Parties' Proposed Constructions for Disputed Terms**

1

| '697 Patent |||| 
|---|---|---|---|
| **Claim Term** | **Asserted Claims** | **DynaEnergetics' Construction** | **Horizontal's Construction** |
| "tandem seal adapter" [*Horizontal Proposed*] | 1, 8, 9 | No construction needed; plain and ordinary meaning. | "adapter configured to form a seal between two gun carriers/tools that are directly attached to each other" |
| "connected to" [*Both Parties Proposed*] | 1, 9 | Plain and ordinary meaning, which is "joined or coupled to, in a manner that resists separation and not merely by physical contact" | "joined or coupled together" |
| "first end" / "second end" [*Horizontal Proposed*] | 1, 9 | No construction needed; plain and ordinary meaning. | "first/second farthest or most extreme part or point" |
| "pin connector assembly" [*Horizontal Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "a plurality of parts that are fitted together to form a component with pins for electrically connecting two guns or tools" |
| "first pin connector end" / "second pin connector end" [*Horizontal Proposed*] | 1, 2, 9 | No construction needed; plain and ordinary meaning. | "first/second end of the pin connector assembly" |
| "in electrical communication with" [*Horizontal Proposed*] | 1 and 10 | No construction needed; plain and ordinary meaning. | "receives the electrical signal directly from" |

2

| '697 Patent ||||
|---|---|---|---|
| **Claim Term** | **Asserted Claims** | **DynaEnergetics' Construction** | **Horizontal's Construction** |
| "it is not possible to interrupt the electrical signal from the first pin connector end to the second pin connector end" [*Horizontal Proposed*] | 2 | No construction needed; plain and ordinary meaning. | Indefinite |
| "bulkhead connector element" [*Horizontal Proposed*] | 9 and 10 | No construction needed; plain and ordinary meaning. | Subject to 35 U.S.C. § 112(f) <u>Function</u>: establish an electrical connection with the second pin connector end of the pressure bulkhead <u>Structure</u>: the exposed surface (118) of the detonator head shown in FIGS. 27, 28, and 30, and equivalents thereof |

| | |
|---|---|
| Dated: December 9, 2021 | Respectfully submitted, |
| /s/ Eric H. Findlay | /s/ Bryan P. Clark |

Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

STECKLER WAYNE COCHRAN CHERRY, PLLC
Mark D. Siegmund
Texas Bar No. 24117055
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice* to be filed)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Stephanie.Nguyen@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

THE WEBB LAW FIRM
Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Tele: 412.471.8815
Fax: 412.471.4094
kbaldaufjr@webblaw.com
bclark@webblaw.com

STEPTOE & JOHNSON PLLC
Jason R. Grill (TX ID No. 24002185)
17088 Hughes Landing Blvd., Suite 750
The Woodlands, TX 77380
281.203.5700
281.203.5701 (fax)
jason.grill@steptoe-johnson.com

*Attorney for Defendants Horizontal Wireline Services, LLC and Allied Wireline Services, LLC*

4

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

                                                                    _/s/ Eric H. Findlay_____
                                                                    Eric H. Findlay